[No. 10379-2-I.   Division One.   November 29, 1982.]

THE CITY OF RENTON, *Respondent*, v. GARY
D. HANVOLD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 81-1-00992-8, Fred R. Staples, J., entered

May 29, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Corbett, J.